# Court of Appeals
# of the State of Georgia

ATLANTA,    May 17, 2016

*The Court of Appeals hereby passes the following order:*

**A16E0029.  BENTON v. DEKALB COUNTY SCHOOL DISTRICT et al.**

Upon consideration of the emergency motion for extension for filing application for discretionary appeal in the above stated case, it is ordered that an extension be granted until 10 days from the date of this order.



*Court of Appeals of the State of Georgia*
    *Clerk's Office, Atlanta,*    05/17/2016
    *I certify that the above is a true extract from*
*the minutes of the Court of Appeals of Georgia.*
    *Witness my signature and the seal of said court*
*hereto affixed the day and year last above written.*

_____ *, Clerk.*